

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*                                   *973-645-2700*
*Newark, New Jersey 07102*

August 5, 2026

**VIA EMAIL: <u>criminalinfo@njd.uscourts.gov</u>**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:    Antigone Owens-Krefski, Deputy Clerk

        Re:    *United States v. Leor Moshe*

Dear Ms. Owens-Krefski:

        Enclosed for assignment is an Information charging defendant Leor Moshe
with wire fraud, in violation of Title 18, United States Code, Section 1343. The
Information and cover sheet are enclosed.

                        Very truly yours,

                        ROBERT FRAZER
                        United States Attorney


                        */s/ Christopher Fell_____*
                        Christopher Fell
                        Assistant U.S. Attorney