# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                    **DATE**:  AUGUST 13, 2026

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                          **CASE NO. 26-CR-404-1 (RK)**

UNITED STATES OF AMERICA

v.

LEOR MOSHE

       DEFENDANT PRESENT


**APPEARANCES**:

Christopher Fell, AUSA for the Government

Steven Yurowitz, Esq. and Naftali Rabinovich, Esq., retained counsel for the Defendant


**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE AND PLEA HEARING and BAIL HEARING

Ordered defendant sworn, defendant sworn.

Defendant advised of rights, charges and penalties.

INFORMATION filed.

Waiver of Indictment executed and filed.

PLEA: <u>GUILTY TO COUNT 1 OF INFORMATION</u>.

Terms of plea agreement read into the record.

Ordered Rule 11 and Plea Agreement filed.

Ordered bail set at $100,000 unsecured bond with special conditions.

Order Setting Conditions of Release to be filed.

Sentencing set for December 16, 2026 at 10:00 a.m.

Defendant released.


**Time Commenced:**   11:24 a.m.
**Time Adjourned**:     12:00 p.m.
**Total Time**:          36 minutes

s/ *Patricia Markey*
DEPUTY CLERK